___FILED ___ENTERED
___LODGED ___RECEIVED

JUN 1 6 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

------------------------------------------------------------- x
EZRIEL TAUBER, et al.,                                        :
                                                              :
        Plaintiff,                                          :
                                                              :
v.                                                            :  Civil Action No. H00CV1421
                                                              :
E.SPIRE COMMUNICATIONS, INC., et al.,                         :
                                                              :
        Defendants.                                         :
------------------------------------------------------------- x

## ORDER

Upon consideration of the Stipulation Extending Time for Filing a Responsive Pleading, it is hereby

ORDERED that defendants' last day to move, answer or otherwise respond to plaintiffs' Complaint in the above-captioned matter shall be extended to the date 45 days after the later of:

1.  Appointment of Lead Plaintiff(s) and Lead Counsel pursuant 15 U.S.C. § 78u-4(a)(3); or

2.  The filing of a consolidated amended complaint in this action.

June 16, 2000                     SO ORDERED: _____
Date                                           United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Stipulation Extending Time for Filing a Responsive Pleading was sent by first-class mail, postage prepaid and by facsimile this 15th day of June, 2000, to the following:

>Robert A. Rohrbaugh
>CAPLAN BUCKNER ROHRBAUGH & KOSTECKA, CHTD
>3 Bethesda Metro Center
>Suite 430
>Bethesda, Maryland 20814
>Telephone:   (301) 718-1900
>Facsimile:   (301) 718-8359
>
>Joseph H. Weiss
>Mark D. Smilow
>WEISS & YOURMAN
>551 Fifth Avenue
>Suite 1600
>New York, NY 10176
>Telephone:   (212) 682-3025
>
>Jules Brody
>STULL, STULL & BRODY
>6 East 45th Street
>New York, NY 10017
>Telephone:   (212) 687-7230

_____
Andrew M. Herscowitz